Joseph A. McCormick, Jr., (JM3302)
JOSEPH A. McCORMICK, JR.,
A PROFESSIONAL ASSOCIATION
76 EUCLID AVENUE
SUITE 103
HADDONFIELD, NEW JERSEY 08033
(856) 795-6500
Attorneys for Kenneth Coppola

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **In re:** | Chapter 13 |
| **HELEN EMRICK** | Case No. 1-13-bk-23625/JHW |
| **Debtor.** | **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |

PLEASE TAKE NOTICE that Joseph A. McCormick, Jr., P.A., hereby enters their appearance as attorneys for Kenneth Coppola, creditor in the above proceeding, and pursuant to Bankruptcy Rule 2002 and 9010, requests that their name be added to the mailing list maintained by the Clerk in the above case and that all notices given or required to be given in this case and all papers served or required to be served in this case be delivered and served upon the following:

JOSEPH A. MCCORMICK, JR., ESQUIRE
JOSEPH A. MCCORMICK, JR., P.A.
76 EUCLID AVENUE
SUITE 103
HADDONFIELD, NEW JERSEY 08033
(856) 795-6500

PLEASE TAKE FURTHER NOTICE the foregoing request includes the notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure and also includes, without limitation, notices of any Orders, Pleadings, Motions, Applications, Complaints, Demands, Hearings, Requests or Petitions, Answering or Reply Papers, Memorandum and Briefs in Support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise.

This Appearance and Request for Notice is made without prejudice to Kenneth Coppola's rights, remedies and claims against other entities or any objection that may be made to the subject matter, jurisdiction of the Court and shall not be deemed or construed to submit Kenneth Coppola.

to the jurisdiction of the Court. All rights, remedies and claims are hereby expressly reserved, including without limitation, the making of a Motion seeking abstention or withdrawal of the case for a proceeding therein.

Dated: July 12, 2013

JOSEPH A. MCCORMICK, JR., P.A.

BY: _____
JOSEPH A. MCCORMICK, JR.
ATTORNEYS FOR KENNETH COPPOLA

**I HEREBY CERTIFY** that a copy of this request was served upon the Debtor, Helen Emrick *via First Class Mail and Certified Mail* and all interested parties *via First Class Mail* on the attached service list on July 12, 2013.

Dated: July 12, 2013

JOSEPH A. MCCORMICK, JR., P.A.

By: _____
JOSEPH A. MCCORMICK, JR.
ATTORNEYS FOR KENNETH COPPOLA

*S:\Joint Clients\Coppola to Emerick - CR-2597-M\Bankruptcy - 13-23625\Notice of Appearance 07 12 13 lkb.wpd*

*SERVICE LIST*
*for Joseph A. McCormick, Jr., PA*
*76 Euclid Avenue*
*Suite 103*
*Haddonfield, New Jersey 08033*
*In re:   Helen Emrick*
<u>*Case No. 1-13-bk-23625/JHW*</u>

**Debtor**

Helen Lynn Emrick
P.O. Box 150
Maple Shade, NJ 08052

**Trustee**

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38 - Suite 580
Cherry Hill, NJ 08002